IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AIR COMFORT COMPANY, INC. and        *
AIR COMFORT RECOVERY, INC.,
as Assignee of BancorpSouth Bank, N.A.,   *

    Plaintiff,                              *

VS.                                          *        Civil Action No. CV-__14-511__

ARCH SPECIALTY INSURANCE            *
COMPANY and TRAVELERS
CASUALTY AND SURETY                 *
COMPANY OF AMERICA
(a stock insurance company),               *

    Defendants.                             *

## COMPLAINT

Plaintiff, Air Comfort Recovery, Inc., and makes this complaint, to-wit:

1. Air Comfort Company, Inc., (ACC), is and Alabama corporation with its principal place of business in Mobile County, Alabama.

2. Air Comfort Recovery, Inc., (AC Recovery), is an Alabama corporation with its principal place of business in Mobile County, Alabama.

3. Arch Specialty Insurance Company, (Arch), is a Nebraska insurance corporation with a principal place of business in Omaha Nebraska and does business in Mobile County, Alabama.

4. Travelers Casualty and Surety Company of America, (Travelers), is a foreign insurance corporation incorporated under the laws of the State of Connecticut

with a principal place of business in Hartford, Connecticut, and doing business in Mobile County, Alabama.

5. Complete diversity of citizenship exists among the parties, as required by law, so as to vest jurisdiction with the Court.

6. This action is brought pursuant to 28 U.S.C. §1332.

7. Venue is proper in this District Court pursuant to 28 U.S.C. § 1391(b).

### Statement of the Facts

8. At all relevant times, ACC was a licensed general contractor and carried on business in the fields of climate control and plumbing.

9. BCS is a Mississippi banking corporation with its principal place of business in Mississippi.

10. On or about April 30, 2010, BCS and ACC entered into a Revolving Credit Loan And Security Agreement, (Security Agreement).

11. The Security Agreement includes, but is not limited to, the following:

1.1 "Account" and "Account Receivable" shall include all accounts, accounts receivable, notes, notes receivable, contracts, contract rights, drafts, documents, general and all other intangibles, and other forms of obligation and rights to payment and receivables whether or not yet earned by sales or performance, including without limitation, state and federal tax refunds, and all products and Proceeds thereof, as well as all Accounts and Rights to Payment as defined in the Security Agreement.

1.13 "Proceeds" shall mean all forms of payment received by or due to Borrower, et al. from the collection of Accounts Receivable and from the sale or exchange of Inventory or other property constitution Collateral hereunder and any and all claims against any third party for loss or damage to any Collateral, including insurance, contract and tort claims, and further, without limiting the generality of the foregoing, Proceeds shall include all Accounts, checks, cash, money orders, drafts, chattel paper, instruments,

notes and other documents evidencing payment obligations to Borrower for the sale, lease, rental or exchange of Collateral.

12. On May 6, 2010, BCS perfected its security interest by filing a financing statement with the Secretary of State for the State of Alabama.

13. Travelers issued to ACC an employee dishonesty policy covering crime. The term of the policy was for three years commencing December 31, 2010.

14. Arch issued to ACC an insurance policy covering ACC's business locations on Moffett Road in Mobile, Alabama and property thereon. The policy term was for one year beginning December 31, 2010.

15. On or about February 23, 2011 items of property having a value of $114,156.02 were stolen from ACC's office location at 3704 Moffett Road, Mobile, Alabama 36618-1208.

16. ACC timely notified its insurance agent and directed said agent to file claims with Travelers and Arch for the February 23, 2011 loss.

17. Arch received timely notice of the loss of February 23, 2011.

18. Travelers received timely notice of the loss of February 23, 2011.

19. On or about May 5, 2011 items of property having a value of $166,661.55 were stolen from ACC's office location at 3704 Moffett Road, Mobile, Alabama 36618-1208.

20. ACC timely notified its insurance agent and directed said agent to file claims with Travelers and Arch for the May 5, 2011 loss.

21. Arch received timely notice of the loss of February 23, 2011.

3

22. Travelers received timely notice of the loss of February 23, 2011.

23. On or about January 31, 2014, BCS assigned BCS's interests in Air Comfort's Accounts and Accounts Receivable to AC Recovery.

24. Any claims against Arch or Travelers that are not the property of AC Recovery are the property of ACC.

### Count I

25. The preceding paragraphs are adopted and incorporated as if fully stated herein.

26. Arch breached the insurance contract when it denied coverage for the February 2011 loss.

27. Arch breached the insurance contract when it denied coverage for the May 2011 loss.

28. As a result of Arch's breach of the insurance contract, ACC and/or AC Recovery as assignee of BCS suffered damages.

WHEREFORE, Air Comfort Company, Inc. and Air Comfort Recovery, Inc. pray the Court will enter judgment against Arch Specialty Insurance Company, Inc. and award compensatory damages in the amount of $280,817.57 or such other amount as the jury shall determine including interest, expenses and attorney's fees.

### Count II

29. The preceding paragraphs are adopted and incorporated as if fully stated herein.

30. Travelers breached its policy when it denied coverage for the February 2011 loss.

31. Travelers breached its policy when it denied coverage for the May 2011 loss.

32. As a result of Travelers' breach, ACC and AC Recovery as assignee of BCS suffered damages.

WHEREFORE, Air Comfort Company, Inc. and Air Comfort Recovery, Inc. pray the Court will enter judgment against Travelers and award damages in the amount of $280,817.57 or in such other amount as the jury shall determine including interest, expenses and attorney's fees.

**Plaintiffs demand trial by jury.**

/s/ E. J. Saad
E. J. SAAD (saade8614)
MATTHEW ANDREWS (andrm1672)
ADAM JARVIS (jarva6255)
ATTORNEYS FOR THE PLAINTIFFS,
AIR COMFORT COMPANY, INC. and
AIR COMFORT RECOVERY, INC.

OF COUNSEL:

E. J. SAAD LAW FIRM
6207 Cottage Hill Road, Suite G
Mobile, Alabama 36609
Telephone (251) 660-0888
Facsimile (251) 660-0777
ejsaad@ejsaadlaw.com
mandrews@ejsaadlaw.com
ajarvis@ejsaadlaw.com

**The following party may be served by Certified Mail as follows:**

Travelers Casualty and Surety Company of America
c/o CSC Lawyer, Inc.
150 South Perry Street
Montgomery, AL 36104


Arch Specialty Insurance Company
c/o Lawrence F. Harr, Registered Agent
10306 Regency Parkway Drive
Omaha, NE 68114